IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 14 C 1748 MDL No. 2545 |
| This Document Relates To: *Donald J. Bennett, Jr. v. Lilly USA, Inc., et al;* Case No. 1:14-cv-05730 | ) ) ) | |

**SPECIALLY APPEARING DEFENDANTS ELI LILLY AND COMPANY AND LILLY USA LLC'S MOTION TO DISMISS WITH PREJUDICE PURSUANT TO CASE MANAGEMENT ORDER NO. 20**

Pursuant to Case Management Order No. 20 (Master Pleadings) ("CMO 20") (Dkt. No. 667), Specially Appearing Defendants Lilly USA, LLC (erroneously sued as Lilly USA, Inc.) and Eli Lilly and Company (collectively, "Defendants"), by their undersigned counsel, move this Court for the entry of an Order dismissing with prejudice the action *Donald J. Bennett, Jr. v. Lilly USA, Inc., et al;* Case No. 1:14-cv-05730, for Plaintiff Donald J. Bennett, Jr.'s ("Plaintiff") failure to serve Defendants with a Summons and Compliant, and in support thereof state as follows:

1. On March 3, 2015, this Court entered CMO 20 directing each plaintiff in a Member Action to serve the relevant defendant(s) within 120 days from the date his Member Action is filed in or transferred to this Court. (*See* Amended CMO 20, Dkt. No. 667, at ¶ 11(c).)

2. CMO 20 further provides that, should any plaintiff fail to timely serve a relevant defendant(s), the defendant(s) shall send notice to plaintiff that it has not been properly served (hereinafter, "Notice Letter"). (*Id.*)

3. If a plaintiff fails to effect service within thirty days of his counsel's receipt of the Notice Letter, the defendants may move the Court for dismissal of that plaintiff's case for failure to serve. (*Id.*)

4. Plaintiff filed his Complaint in the Northern District of Illinois on July 25, 2014. (*See* Dkt. No. 1.) Accordingly, Plaintiff was required to serve Defendants by November 22, 2014.

5. Plaintiff failed to serve Defendants by that date. (*See* Declaration of David E. Stanley, attached hereto as Exhibit A, at ¶ 4.)

6. On February 2, 2016, Defendants sent a Notice Letter to Plaintiff's counsel of record, with a courtesy copy via email to Michelle L. Kranz. (*Id.* at ¶ 5.) Accordingly, Plaintiff had until March 3, 2016 to serve Defendants.

7. Plaintiff has still not served the Complaint and Summon on Defendants, and his case should be dismissed with prejudice. (*Id.* at ¶ 6.)

**WHEREFORE**, Defendants respectfully request that this Court enter an Order dismissing Plaintiff Donald J. Bennett, Jr.'s case with prejudice and awarding such other relief as the Court deems just and proper.

Dated: March 22, 2016

Eli Lilly and Company and
Lilly USA, LLC (specially appearing)

By: /s/ David E. Stanley
One of their attorneys

David E. Stanley (*pro hac vice*)
Janet H. Kwuon (*pro hac vice*)
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Phone: (213) 457-8000

Email: dstanley@reedsmith.com
Email: jkwuon@reedsmith.com

*Attorneys for Eli Lilly and Company and Lilly USA, LLC (specially appearing)*

**CERTIFICATE OF SERVICE**

    I, David E. Stanley, hereby certify that on the 22nd of March, 2016, the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record. A courtesy copy was also served via email to Michelle L. Kranz, at Pservice@toledolaw.com.

    /s/   David E. Stanley
          David E. Stanley